# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHEL MARDINI,** as Personal Representative of the Estate of
**CHRISTINE HERMINE MARDINI,**
Appellant,

v.

**PIPER AIRCRAFT, INC.,**
Appellee.

No. 4D20-2448

[October 7, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Croom, Judge; L.T. Case No. 2020CA000249.

Paul Jon Layne of Silva & Silva, P.A., Coral Gables, and Floyd A. Wisner of Wisner Law Firm, Geneva, Illinois, for appellant.

Don Swaim, Steven D. Sanfelippo, and Alex Whitman of Cunningham Swaim, LLP, Dallas, Texas, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH, and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***